UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-302 PA; CV 19-1532 PA | Date | February 7, 2025 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kamilla Sali-Suleyman | Not Reported | Abigail Evans, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Randy Lee Stapleton, Pro Se | NOT | | | Amy Karlin, FPD | NOT | | X |

**Proceedings:**   IN CHAMBERS ORDER

     The Court has before it the Government's Ex Parte Application to Amend Briefing Schedule. According to the Government, the mailing addresses for defendant Randy Lee Stapleton ("Defendant") that the Federal Public Defender and United States Probation and Pretrial Services Office ("USPPSO") have on file are not accurate. The last address Defendant provided to the Court was at USP Victorville, but Bureau of Prisons ("BOP") records indicate that Defendant has not been in BOP custody since February 2024. Mail sent by the Court to Defendant was returned in November 2024. (See Docket No. 14 in Case No. EDCV 19-1532.)

     Under Local Rule 41-6, the Court may dismiss an action for failure to prosecute where a pro se party fails to keep the Court informed of the party's current address. Specifically, Local Rule 41-6 provides:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Here, more than 14 days have passed since the service dates of the Court's orders that were returned as undeliverable. Despite this, Defendant has yet to file a Notice of Change of Address or otherwise apprise the Court of his current address or other contact information. Defendant has therefore failed to comply with Local Rule 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

      The Court additionally notes that not only has Defendant not provided the Court with an accurate address as required by the Local Rules, but Defendant has done nothing to pursue his Petition for Writ of Habeas Corpus since the Government obtained a stay of the proceedings pending resolution of Defendant's direct appeal in the criminal case. The Ninth Circuit dismissed Defendant's direct appeal on July 13, 2022, and issued its Mandate on November 4, 2022. Defendant has been participating in the Court's STAR Program under the supervision of United States District Judge Fred W. Slaughter since his release from BOP custody.

      Because Defendant has taken no action to pursue his Petition for Writ of Habeas Corpus since his appeal was resolved, Defendant is no longer in BOP custody, and has not provided the Court with an updated and accurate address as required by Local Rule 41-6, the Court orders Defendant to show cause in writing why his habeas petition should not be dismissed as abandoned, for lack of prosecution, and for failure to comply with Local Rule 41-6. Defendant's response to this Order to Show Cause shall be filed by no later than February 21, 2025. Failure to timely or adequately respond to this Order to Show Cause may, without further warning, result in the dismissal or denial of Defendant's habeas petition. The Court Orders the USPPSO to provide Defendant with a copy of this Order by no later than February 14, 2025.

      IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

**cc:** USPPSO